UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

AMY AVERY SAMPSON, ET AL.                    CIVIL ACTION NO. 10-1834

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

GATX, CORP., ET AL.                          MAGISTRATE JUDGE HORNSBY

**MEMORANDUM RULING**

Before this Court is a Motion for Summary Judgment (Record Document 51) filed on behalf of Defendant Kansas City Southern Railway ("KCS").

"The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. Pro. 56 (a). The burden of proof in a summary judgment proceeding is on the party moving for summary judgment. Celotex Corp. v. Catrett, 477 U.S. 317, 330, 106 S.Ct. 2548, 2556 (1986). If the motion is properly made, the non-movant "must set forth facts showing that there is a genuine issue for trial." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250, 106 S.Ct. 2505, 2511 (1986). Additionally, Local Rule 56.1 requires the moving party to file a statement of material facts as to which it contends there is no genuine issue to be tried. All material facts set forth in the statement required to be served by the moving party "will be deemed admitted, for purposes of the motion, unless controverted as required by this rule." Local Rule 56.2.

In the present matter, Amy Sampson ("Sampson") has responded stating she "does not oppose the Motion for Summary Judgment filed by Kansas City Southern Railway Company based upon the law as cited." Sampson agrees with the majority of KCS' material

facts and the disagreements are immaterial to the granting of this motion. See Record Document 63. Therefore, without any opposition from Sampson, this Motion shall be granted.

Accordingly,

**IT IS ORDERED** that Kansas City Southern Railway's Motion for Summary Judgment (Record Document 51) be and is hereby **GRANTED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of April, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE